**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-2451**

MALCOLM LEE ARMES,

        Plaintiff - Appellant,

    v.

TALBOT COUNTY, MARYLAND,

        Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore.   Ellen L. Hollander, District Judge. (1:11-cv-03315-ELH)

Submitted:  May 30, 2013          Decided:  June 4, 2013

Before SHEDD, DIAZ, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robin R. Cockey, COCKEY, BRENNAN & MALONEY, PC, Salisbury, Maryland, for Appellant.  John F. Breads, Jr., Director of Legal Services, LOCAL GOVERNMENT INSURANCE TRUST, Hanover, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Malcolm Lee Armes appeals from the district court's order awarding summary judgment to the Defendant on his employment and related claims. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Armes v. Talbot Cnty., Md., No. 1:11-cv-03315-ELH (D. Md. Nov. 19, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED